UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Lorrie A. Hayes,

Plaintiff,

v.

Neva Van Valkenburg,

Defendant.

Civil Action No.  13-0030 (JDB)

**MEMORANDUM**

Defendant has moved to dismiss plaintiff's remaining claim construed as brought under 42 U.S.C. § 2000a.  Def.'s Mot. to Dismiss Pl.'s Compl. [Dkt. # 11]; *see* May 14, 2013 Order [Dkt. # 8] (dismissing claim brought under 42 U.S.C. § 1983).  On June 3, 2013, plaintiff was ordered to respond to the instant motion by July 8, 2013, or risk summary dismissal of the case on what would be treated as a conceded motion to dismiss.  Order [Dkt. # 12].  Plaintiff has not responded to the motion and has not sought additional time to respond.  Hence, the Court will grant defendant's motion to dismiss as conceded and will now dismiss the case.  A separate Order accompanies this Memorandum.

_____s/_____
JOHN D. BATES
United States District Judge

DATE: August 2, 2013